IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **NC GAS HOUSE GANG, LLC,** | * | Case No: 23-18766 LSS |
| | | (Chapter 11 Subchapter V) |
| | * | |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*
### (for Ashley A. Edwards, Esq.)

Pursuant to Local Rule 101.1(b) of the United States District Court for the District of Maryland, Brent C. Strickland, Esq., of Whiteford Taylor & Preston L.L.P. ("WTP"), a member in good standing of the bar of this Court ("Movant"), moves for the admission of Ashley A. Edwards, Esq., of Parker Poe Adams & Bernstein LLP to appear *pro hac vice* in the above-captioned case as counsel for City of Gastonia (North Carolina).

Movant and the proposed admittee respectfully certify as follows:

1) Movant is a member in good standing of the bar of this Court. I am moving the admission of Ashley A. Edwards, Esq. to appear *pro hac vice* in this case as counsel for City of Gastonia (North Carolina).

2) The proposed admittee is not a member of the Bar of Maryland.

3) The proposed admittee does not maintain a law office in Maryland.

4) The proposed admitted is a member in good standing of the bar of the following State or United States Courts:

| COURT | DATE OF ADMISSION |
|---|---|
| State of Georgia | September 20, 2018 |
| State of North Carolina | March 27, 2010 |

| Fourth Circuit Court of Appeals | February 27, 2017 |
| --- | --- |
| U.S. Bankruptcy Court - Eastern District of NC | October 12, 2010 |
| U.S. Bankruptcy Court - Middle District of NC | October 7, 2010 |
| U.S. Bankruptcy Court - Western District of NC | July 15, 2010 |
| U.S. Bankruptcy Court - Northern District of GA | November 19, 2018 |
| U.S. Bankruptcy Court - Southern District of GA | February 1, 2019 |
| U.S. Bankruptcy Court - Middle District of GA | February 4, 2019 |
| U.S. District Court - Eastern District of NC | October 12, 2010 |
| U.S. District Court - Middle District of NC | October 7, 2010 |
| U.S. District Court - Western District of NC | July 15, 2010 |
| U.S. District Court - Middle District of GA | February 4, 2019 |
| U.S. District Court - Northern District of GA | November 19, 2018 |
| U.S. District Court - Southern District of GA | February 1, 2019 |

5) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

6) The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

7) The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

8) Co-counsel for the proposed admittee in these proceedings will be the undersigned who is an attorney at WTP and has been formally admitted to the bar of the United States Bankruptcy Court of the District of Maryland.

9) The $100.00 fee for admission *pro hac vice* accompanies this motion.

10) We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| Movant:  Brent C. Strickland | Proposed Admittee:  Ashley A. Edwards |
|---|---|
| */s/ Brent C. Strickland* | */s/ Ashley A. Edwards* |
| Brent C. Strickland (Bar No. 22704) | Ashley A. Edwards (NC Bar No. 40695) |
| Whiteford Taylor & Preston, L.L.P. | Parker Poe Adams & Bernstein LLP |
| 111 Rockville Pike, Suite 800 | 620 South Tryon Street |
| Rockville, Maryland 20850 | Suite 800 |
| Phone:  (410) 347-9402 | Charlotte, North Carolina 28202 |
| bstrickland@whitefordlaw.com | Phone:  (704) 335-6632 |
| | ashleyedwards@parkerpoe.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this December 8, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Admission *Pro Hac Vice* will be served electronically by the Court's CM/ECF system on the following parties:

Ronald J. Drescher, Esq.
ecfdrescherlaw@gmail.com

Office of the United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Lisa Yonka Stevens, Esq.
lisa.y.stevens@usdoj.gov

Marc E. Albert, Esq.
marc.albert@stinson.com

L. Jeanette Rice, Esq.
Jeanette.Rice@usdoj.gov

/s/ *Brent C. Strickland*
Brent C. Strickland