## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

---

**In re: Case No. 23-18766 – LSS    Chapter 11 (Subchapter V)**

**NC GAS HOUSE GANG, LLC**
**9183A Central Avenue**
**Capitol Heights, MD 20743**

---

## ORDER GRANTING MOTION
## FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Ashley A. Edwards, Esq., as counsel for City of Gastonia (North Carolina), and her statements in support thereof, and upon the recommendation of Brent C. Strickland, Esq., local counsel herein, it is, by the United States Bankruptcy Court for the District of
Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010-3(b) and District Court Local Rule 101.1(b), the motion is granted.

cc:   Debtor
      Attorney for Debtor: Ronald J. Drescher, Esq.
      Movant: Ashley A. Edwards, Esq.
      Local Counsel: Brent C. Strickland, Esq.
      Trustee: Marc E. Albert
      US Trustee: L. Jeanette Rice, Lisa Yonka Stevens

**End of Order**