**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

NC GAS HOUSE GANG, LLC

Case No. 23-18766 LSS
(Chapter 11 Subchapter V)

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NC GAS HOUSE GANG LLC**in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ **NC GAS HOUSE GANG HOLDINGS LLC**

Dated: December 10, 2023

/s/Ronald J. Drescher
Ronald J. Drescher
Federal Bar No. 08712
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000

*Proposed Counsel for Debtor*
*and Debtor-in-Possession*