IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:
NC GAS HOUSE GANG LLC,                      Case No. 23-18766 LSS
                                                      (Chapter 11 Subchapter V)
        Debtor.

## PLAN REPORT BY NC GAS HOUSE GANG LLC

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to file this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").[1] The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code and the Initial Scheduling Order entered by this Court.

1. <u>Type of Plan of Reorganization</u>.  The Debtor intends to pursue the following type of plan of reorganization in this case:

    \_\_\_\_ Consensual     \_\_\_\_ Nonconsensual[2]    \_x\_ Undetermined

2. <u>Reasons for Type of Plan of Reorganization</u>.

    The plan will provide for the sale of Debtor's baseball operations to raise cash to pay creditors. The following issues will need to be resolved for the plan to succeed:

    - Disposition of Debtor's membership in the Atlantic League of Professional Baseball Teams (the "Atlantic League"). The Atlantic League asserts that this membership was forfeited as the result of a special board meeting conducted on November 13, 2023. Debtor contends that such forfeiture (a) was the result of insufficient notice under the Atlantic League's bylaws, as such notice was given on a Sunday in violation of Pennsylvania law and (b) that if the forfeiture was effective it represents a voidable transfer under Sections 544, 547 and 548 of the United States Bankruptcy Code and (c) for other reasons that may be the subject of litigation. In any event, as Debtor does not intend to continue to run a baseball operation Debtor hopes that the Atlantic League will consent to this proposal for the benefit of creditors;

    - Cure of all defaults identified in the Notice by the City of Gastonia (the "City") delivered to Debtor on November 15, 2023 (the "Default Notice"). Debtor believes it is entitled to cure such defaults at the later of (a) 90 days after the Default Notice

---

[1] Subchapter V of Chapter 11 (11 U.S.C. §§ 1181-1195) was adopted by the Small Business Reorganization Act of 2019, Pub. L. No. 116-54, and became effective on February 19, 2020.
[2] The term "nonconsensual plan" for purposes of this report means a plan confirmed under § 1191(b) of the Bankruptcy Code.

(as provided by the various agreements between Debtor and the City) or (b) such additional time as may be provided the Debtor under Sections 108 and 365 of the Bankruptcy Code. In any event, as Debtor does not intend to continue to run a baseball operation Debtor hopes that the City will consent to this proposal for the benefit of creditors;

- Approval of rapid bid/sale procedures to permit a new buyer to operate a full schedule of baseball games for the 2024 season. Such procedures would provide for the Debtor and any successful purchaser to enter into a sublease for the Stadium on terms acceptable to Debtor, buyer and the City and in any event subject to approval of this Court;

- Such other terms and conditions to enable the sale of Debtor's baseball operations in time for a 2024 season;

- If such a sale may not be made in time for a full Atlantic League season in 2024, Debtor would consent to appointment of a managing agent, subject to consent by the Atlantic League and the City and in any event subject to the approval by this Court, to supervise the Debtor's baseball operations until a sale may be consummated.

3. <u>Communications with Parties in Interest.</u>  The Debtor has had discussions with the following parties in interest concerning the Debtor's plan of reorganization:

____ Secured Creditors

____ Priority Claimants

____ Unsecured Creditors

____ Equity Interest Holders

_x__ The Trustee

____ Others; Describe: _____


4. <u>Nature of Communications with Parties in Interest</u>.

The 341(a) meeting was held on January 3, 2024.

Debtor's counsel has had multiple conversations with the Chapter 11 trustee and intends to pursue a dialog with representatives of both the City and the Atlantic League.

2

5. <u>Efforts to Formulate Plan of Reorganization</u>.

   Debtor has begun to prepare a Plan of Reorganization.

6. <u>Timing for Filing Plan of Reorganization</u>.  Does the Debtor intend to file a plan of reorganization within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code?

   __x__ Yes          ____ No

   If no is marked, please explain:

7. <u>Additional Information</u>.

   None at this time.

Dated: January 4, 2024

*/s/Ronald J. Drescher*
Ronald J. Drescher
Drescher & Associates, P.A.
10999 Red Run Blvd. Suite 205
PMB 224
Owings Mills, MD 21117
(410) 484-9000
rondrescher@drescherlaw.com
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of January, 2024, I served a copy of the foregoing Debtor's Plan Report by the Court's electronic case filing system upon:

Marc E. Albert marc.albert@stinson.com,
porsche.barnes@stinson.com

Ronald J Drescher ecfdrescherlaw@gmail.com,
ron@clegolftour.com,
ecf2drescherlaw@gmail.com,
ecf@drescherlaw.com,

myecfdrescher@gmail.com,
284@notices.nextchapterbk.com,
heather@propelparalegal.com,
propel@drescherlaw.com

Rick M Grams rgrams@mcneeslaw.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

Lisa Yonka Stevens lisa.y.stevens@usdoj.gov

Brent C. Strickland bstrickland@wtplaw.com,
mbaum@wtplaw.com,
brent-strickland-3227@ecf.pacerpro.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

and by first class U.S. mail, postage prepaid, upon all parties in interest as included on the attached service list.

*/s/Ronald J. Drescher*
Ronald J. Drescher

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                                    DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING         CITY OF GASTONIA  A NORTH CAROLINA                  NC GAS HOUSE GANG LLC
NCRS ADDRESS DOWNLOAD                    MUNICIPAL                                           9183A CENTRAL AVENUE
CASE 23-18766 LSS                        CO ASHLEY EDWARDS  ESQ                              CAPITOL HEIGHTS  MD 20743-3806
DISTRICT OF MARYLAND                     PARKER POE ADAMS  BERNSTEIN LLP
WED DEC 27 8-41-52 PST 2023              620 SOUTH TRYON STREET  SUITE 800
                                         CHARLOTTE  NC 28202-1842


ADP  INC                                 AMERICAN FURNITURE RENTALS                          ATLANTIC LEAGUE OF PROFESSIONAL
PO BOX 842875                            PO BOX 778962                                       BASEBALL CLU
BOSTON  MA 02284-2875                    CHICAGO  IL 60677-0851                              PO BOX 5190
                                                                                             LANCASTER  PA 17606-5190




BKK SPORTS                               BENJAMIN BARTILSON                                  BLACK TIE BUS CHARTERS  INC
3 COURT HOUSE DRIVE                      381 BLAKE RIDGE DR                                  3050 RIDGEWOOD RD
CENTRAL ISLIP  NY 11722-4605             SCOTT DEPT  WV 25560-9393                           WINSTON-SALEM  NC 27107-4536




BRADY SALISBURY                          (P)U S SECURITIES AND EXCHANGE                      CHUCK STEWART
612 W MAIN AVE                           COMMISSION                                          3000 SE OVERBROOK DR
103                                      ATLANTA REG OFFICE AND REORG                        PORT ST LUCIE  FL 34952-5711
GASTONIA  NC 28052-4375                  950 E PACES FERRY RD NE STE 900
                                         ATLANTA GA 30326-1382


                                                                                             EXCLUDE
CINTAS CORP                              (P)COMPTROLLER OF MARYLAND                          (D)(P)COMPTROLLER OF MARYLAND
PO BOX 630803                            BANKRUPTCY UNIT                                     BANKRUPTCY UNIT
CINCINNATI  OH 45263-0803                301 W PRESTON ST ROOM 409                           301 W PRESTON ST ROOM 409
                                         BALTIMORE MD 21201-2383                             BALTIMORE MD 21201-2383




DTELICS                                  DALLAS ELECTRICAL  PLUMBING CONTRACTORS             DANIEL E PETERSON
251 WEST MAIN AVE                        IN                                                  PARKER POE ADAMS  BERNSTEIN LLP
GASTONIA  NC 28052-4140                  PO BOX 1592                                         620 SOUTH TRYON STREET  SUITE 800
                                         GASTONIA  NC 28053-1592                             CHARLOTTE  NORTH CAROLINA 28202-1842




DAVID L WOODY  ESQ                       DAVID MARTIN                                        (P)INTERNAL REVENUE SERVICE
10721 WAYFARER RD                        211 MAIDSTONE TRAIL                                 CENTRALIZED INSOLVENCY OPERATIONS
GERMANTOWN  MD 20876-4266                CHARLOTTE  NC 28211-1787                            PO BOX 7346
                                                                                             PHILADELPHIA PA 19101-7346




DESTINEE CHARLES                         EC SPORTS                                           FINE STRATEGIES LLC
1681 CLOUDBURST CIRCLE                   10 IRONGATE DRIVE                                   2319 KENMORE AVENUE
LINCOLNTON  NC 28092-7194                SUITE I                                             CHARLOTTE  NC 28204-3327
                                         WALDORF  MD 20602-2701




FRANKS SPORT SHOP                        GSM SERVICES                                        GASTON COUNTY EMS
430 E TREMONT AVE                        PO BOX 12216                                        PO BOX 1475
BRONX  NY 10457-4292                     GASTONIA  NC 28052-0030                             GASTONIA  NC 28053-1475
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HOWIES ATHLETIC TAPE<br>3445 36TH ST SE<br>KENTWOOD   MI 49512-2811 | IRS<br>CENTRALIZED INSOLVENCY OPERATION<br>B O BOX 7346<br>PHILADELPHIA   PA 19101 | IAN MCKINNEY<br>4810 DARWOOD DRIVE<br>ORLANDO   FL 32812-1620 |
| INNOVATE GRAPHICS<br>PO BOX 23240<br>CHARLOTTE   NC 28227-0275 | EXCLUDE<br>~~(D)(P)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA PA 19101-7346~~ | IVY REHAB<br>1311 MARMARONECK AVE   SUITE 140<br>WHITE PLAINS   NY 10605-5224 |
| JHSPORTS LLC<br>7435 AVENIDA DEL MAR<br>SUITE 2801<br>BOCA RATON   FL 33433-4878 | L ASHLEY SMITH   CITY ATTORNEY<br>PO BOX 1748<br>GASTONIA   NC 28053-1748 | LORAY MILL LOFTS<br>300 S FIRESTONE ST<br>GASTONIA   NC 28052-3790 |
| MGIP LAW<br>4000 LEGATO RD<br>SUITE 310<br>FAIRFAX   VA 22033-2898 | MADCAP PRINTING   DESIGN<br>123 BRANCH ST<br>SUITE G<br>LOWELL   NC 28098-2044 | MARCUS WALDEN<br>4279 S DICKENSON AVE<br>FRESNO   CA 93706-9319 |
| MAURO GOZZO<br>36 BITTERSWEET LN<br>BERLIN   CT 06037-1919 | MORRISE METTS<br>1968 GAIL ST<br>NEWTON   NC 28658-9370 | NATIVE FIRE CONTROL<br>2725 CEDAR TRAIL LN<br>WINGATE   NC 28174-8234 |
| NEW BALANCE ATHLETICS   INC<br>PO BOX 415206<br>BOSTON   MA 02241-5206 | NORTH CAROLINA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH   NC 27602-1168 | NORTH CAROLINA DEPARTMENT OF REVENUE<br>PO BOX 25000<br>RALEIGH   NC 27640-0100 |
| OTIS ELEVATOR<br>11760 US HWY 1<br>SUITE W600<br>PAM BEACH GARDENS   FL 33408-3029 | OUTDOOR CAP<br>1201 MELISSA DR<br>BENTONVILLE   AR 72712-6654 | PT UNITED<br>460 AMHERST ST<br>STE 5<br>NASHUA   NH 03063-1220 |
| PISGAH AUDIO VIDEO LIGHTING<br>16A NATIONAL AVE<br>FLETCHER   NC 28732-8655 | PRINCE GEORGES COUNTY   MARYLAND<br>OFFICE OF FINANCE<br>1301 MCCORMICK DRIVE   STE 1100<br>LARGO   MD 20774-5416 | RICHARDSON SPORTS<br>PO BOX 71130<br>SPRINGFIELD   OR 97475-0183 |
| SN RADIO   LLC<br>405 NEISLER DRIVE<br>KINGS MOUNTAIN   NC 28086-3244 | SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVE   NW<br>WASHINGTON   DC 20220-0001 | SIGMON THEATRICAL<br>10507 WORSLEY LN<br>CHARLOTTE   NC 28269-6901 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SIGN CONNECTION<br>1660 PACOLET COURT<br>GASTONIA   NC 28052-9467 | SODEXOMAGIC LLC<br>1 INDEPENDENCE POINT SUITE 305<br>GREENVILLE   SC 29615-4540 | SPECTRUM ENTERPRISE<br>1900 BLUE CREST LN<br>SAN ANTONIO   TX 78247-4315 |
| STANLEY STEEMER CHARLOTTE<br>1519 CROSS BEAM DRIVE<br>CHARLOTTE   NC 28217-2807 | STATE OF MARYLAND DLLR<br>DIVISION OF UNEMPLOYMENT INSURANCE<br>1100 N EUTAW STREET   ROOM 401<br>BALTIMORE   MD 21201-2226 | STEPHEN PIERCY<br>1035 WINDSON BAY LANE<br>TEGA CAY   SC 29708-8229 |
| TALLENTD MARKETING<br>PO BOX 3295<br>SHELBY   NC 28151-3295 | ~~EXCLUDE~~<br>~~(D)TALLENTD MARKETING~~<br>~~PO BOX 3295~~<br>~~SHELBY   NC 28151-3295~~ | TATER BATS LLC<br>150 E AURORA ST<br>UNITE B<br>WATERBURY   CT 06708-2039 |
| ~~EXCLUDE~~<br>~~(U)THE TRENTON MILL LOFTS~~<br>~~INVALID ADDRESS PROVIDED~~ | TICKETRETURN   LLC<br>PO BOX 241632<br>CHARLOTTE   NC 28224-1632 | (P)US ATTORNEYS OFFICE FOR THE DISTRICT<br>OF MARYLAND<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 |
| US TRUSTEE   GREENBELT<br>6305 IVY LANE   SUITE 600<br>GREENBELT   MD 20770-6305 | VIRTCHVISUA<br>3120 SOUTH AVE<br>STE 126<br>LACROSSE   WI 54601-6720 | WANDA CARR<br>6603 CEDAR CLIFF   DRIVE<br>CHARLOTTE   NC 28216-1984 |
| WASHH<br>2828 QUEEN CITY DRIVE<br>SUITE L<br>CHARLOTTE   NC 28208-2737 | ZACK GODLEY<br>216 HILL HAVE RD<br>CHAPIN   SC 29036-9715 | ZOOMINFO TECHNOLOGIES LLC<br>14005 LIVE OAK AVE<br>IRWINDALE   CA 91706-1300 |
| IHEART MEDIA<br>PO BOX 406372<br>ATLANTA   GA 30384-6372 | MARC E ALBERT<br>STINSON LLP<br>1775 PENNSYLVANIA AVE   NW<br>SUITE 800<br>WASHINGTON   DC 20006-4760 | RONALD J DRESCHER<br>RONALD J DRESCHER   ESQ<br>10999 RED RUN BLVD<br>PMB 224<br>SUITE 205<br>OWINGS MILLS   MD 21117-3249 |