**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**NC GAS HOUSE GANG LLC,**<br><br>**Debtor.** | **Case No. 23-18766-LSS**<br>**(Chapter 11 – Subchapter V)** |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE OR, ALTERNATIVELY, CONVERT CASE TO CHAPTER 7**

Upon consideration of the Motion to Dismiss Case or, Alternatively, Convert Case to Chapter 7 ("Motion to Dismiss") filed by Gerard R. Vetter, Acting United States Trustee for Region 4, and no response or opposition having been filed by NC Gas House Gang LLC (the "Debtor"), it is hereby:

ORDERED that the Motion to Dismiss is GRANTED; and it is further

ORDERED that the case be and hereby is DISMISSED.

cc:
Marc E. Albert marc.albert@stinson.com, porsche.barnes@stinson.com
Ronald J Drescher ecfdrescherlaw@gmail.com, ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com
Rick M Grams rgrams@mcneeslaw.com
L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Lisa Yonka Stevens lisa.y.stevens@usdoj.gov
Brent C. Strickland bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Ashley A. Edwards
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202

David W. Gaffey
Whiteford Taylor & Preston, L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

C/O Jami B. Nimeroff Sedexo
Brown McGarry Nimeroff LLC
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

**END OF ORDER**