# Exhibit 2

| | |
|---|---|
| **From:** | Jacobs, Jennifer (USTP) |
| **To:** | Ronald Drescher |
| **Cc:** | Stevens, Lisa Y. (USTP) |
| **Subject:** | NC Gas House Gang LLC 23-18766 IDI meeting - SubV - need to schedule IDI |
| **Date:** | Monday, December 4, 2023 1:19:43 PM |
| **Attachments:** | Small Business MOR (425C) 2017-12.pdf<br>6 mo projection handout 2015.pdf<br>Exhibit 1 - Banking Form for new DIP account.pdf<br>Maryland Guidelines 2022-09-07.pdf<br>Authorized DIP Banks 2023-03.pdf |
| **Importance:** | High |

Ron,

I hope you are well. We need to schedule the IDI and while we're waiting for a SubV Chapter to be selected, I wanted to get this off to you today so your client can be gathering documents and we can select a couple of tentative dates / times.

Attached you will find a copy of the Chapter 11 Guidelines, authorized depositories, certain forms as well as the PDF version of the monthly operating report (MOR). **Please forward a copy to your client** as they will be reviewed at the Initial Debtor Interview (IDI).

I would like to hold the Initial Debtor Interview on **December 11th or 12th** and conduct it via TEAMS. Would 10 am or 2 pm work for you and your client on one of those dates? Once we and the trustee agree on a date and time, I will send you an invite which you should forward to your client. The Meeting of Creditors will be scheduled by Lisa Stevens**.** It will be conducted telephonically using the phone number / participation code that will be listed in the notice. (call in: 866-917-2025, participant code: 292-6743)

The following items should be sent to me **via email at least 48 hours prior to the IDI**:
1 - Three most recent statements for all financial accounts that were open from 3 months prior to the petition date
2 - Check register/transaction journal for 3 months prior to the petition date
3 - Two most recent tax returns and all supporting schedules including K1s
4 – Declaration page of any insurance policies if a certificate of insurance cannot be provided in time for the IDI (see Item 9)
6 – Most recent financial statements for the business (balance sheet and Profit & Loss Statement)
7 – Most recent payroll report that is available if applicable
8 – Accounts receivable and accounts payable agings

The following documents will also be needed as soon as they become available:
9 – Certificate of insurance for any property, liability, vehicles, workers' comp, personal property assets, etc listing the US Trustee (name and address) as notice holder
10 - Proof of opening new bank account(s) at an approved bank by having the bank and the debtor complete Exhibit 1 in the Guidelines.
11 – Proof of closing prepetition bank accounts

Please note that if your client has a controlling interest of 20% or more in any entities, then Official

Form 426 must be filed at least 7 days prior to the Meeting of Creditors.

Should you have questions in the meantime, please contact Lisa Stevens or me.

Regards,

Jennifer Jacobs
Analyst
Office of the U.S. Trustee
6305 Ivy Lane, Ste 600
Greenbelt, MD 20770

301.344.8114
jennifer.jacobs@usdoj.gov
*The best way to reach me is via email*

| | |
|---|---|
| **From:** | Jacobs, Jennifer (USTP) |
| **To:** | Brandon Bellamy; Ronald Drescher |
| **Cc:** | Stevens, Lisa Y. (USTP); Marc Albert |
| **Subject:** | NC Gas House Gang LLC 23-18766 IDI follow-up SubV |
| **Date:** | Monday, December 11, 2023 5:26:48 PM |
| **Attachments:** | Exhibit 1 - Banking Form for new DIP account.pdf |

Mr. Bellamy and Counsel,

Thank you for your time today. We agreed to continue the Initial Debtor Interview to **December 18th at 9 am** as I had not received any documents prior to the start of our meeting so I needed time to review what was sent to me during our meeting and you also had pressing insurance issues to address. I'll send a Teams Invite out in the morning. Based on our discussion today, the following items are **due by December 18th**:

1. Exhibit 1 with the bank's signature for a DIP account at TD Bank (attached is another copy of the Exhibit 1 which you requested)
2. Check register / transaction journal to show all activity of the debtor for 90 days pre-petition
3. Certificate of insurance for general liability, excess umbrella, personal property and workers compensation listing the US Trustee and our address as a noticeholder (The first two of these were requested by the Court to be provided today).
4. Identification of when each of the insurance coverages expired
5. Identification of the last event held by the debtor
6. Confirmation if payroll taxes and sales & use taxes are current
7. Provide an estimate of when the LLC's tax returns will be filed
8. List of all entities of Mr. Bellamy who are/could be impacted by the outcome of the debtor's case (note which ones do business with the debtor as well)
9. McDade waiver signed by counsel
10. Receipt of Guidelines signed by Mr. Bellamy

When available, we will also need:

1. Proof of closing the four BOA accounts
2. 2021 and 2022 tax return when filed
3. 6 months projection (January - June)

To recap what must be prepared monthly for the Monthly Operating Report (MOR):

1. Small Business Monthly Operating Report (Form 425C)
2. The following reports:
    a. Detail of transactions (ensure transfers between bank accounts are eliminated):
        i. Total Receipts to agree to amount listed on Page 2 and
        ii. Total Disbursements to agree to amount listed on Page 2 (date, check number, payee, reason for payment, amount)

   b. Detail of any payables
   c. Receivables Aging
   d. Profit & Loss statement
   e. Balance Sheet if available
3. Bank statements for any account open during the month
   *Please remember to use the most current version of Adobe Acrobat Reader for your PC or Mac.*

The first report is due 1/21/24 for the period 12/1/23 – 12/31/23. The next report will be for the period of 1/1/24 – 1/31/24 and due 2/21/24.

Thank you for your attention and assistance in these matters. If you have any questions or I missed anything, please don't hesitate to contact me.

Regards,

Jennifer Jacobs
Analyst
Office of the U.S. Trustee
6305 Ivy Lane, Ste 600
Greenbelt, MD 20770

301.344.8114
jennifer.jacobs@usdoj.gov
*The best way to reach me is via email*

**From:** Jacobs, Jennifer (USTP)
**To:** Brandon Bellamy; Ronald Drescher
**Cc:** Stevens, Lisa Y. (USTP); Marc Albert
**Subject:** NC Gas House Gang LLC 23-18766 IDI follow-up SubV #2
**Date:** Monday, December 18, 2023 10:02:43 AM
**Attachments:** Small Business MOR (425C) 2017-12.pdf
**Importance:** High

---

Mr. Bellamy and Counsel,

Thank you for your time today. Per your request, attached is another copy of the Small Business Operating Report. Based on our discussion, the following items are **due by December 22th subject to the Court's ruling tomorrow**:

1. Exhibit 1 with the debtor's name listed
2. Page 1 of the following bank statements to prove ownership:
    a. BOA x0972
    b. BOA x1010
    c. BOA x7886
3. Check register / transaction journal to show all activity of the debtor for 90 days pre-petition
4. Certificate of insurance for general liability, excess umbrella, personal property and workers compensation listing the US Trustee and our address as a noticeholder.
5. Provide last two Schedule C's filed for the debtor as a disregarded entity
6. List of all entities of Mr. Bellamy who are/could be impacted by the outcome of the debtor's case (note which ones do business with the debtor as well)
7. Agreement with The Momentous Group LLC

When available, we will also need:
1. Proof of closing the four BOA accounts
2. 6 months projection (January - June)

To recap what must be prepared monthly for the Monthly Operating Report (MOR):

Thank you for your attention and assistance in these matters. If you have any questions or I missed anything, please don't hesitate to contact me.

Regards,

Jennifer Jacobs
Analyst
Office of the U.S. Trustee
6305 Ivy Lane, Ste 600

Greenbelt, MD 20770

301.344.8114
jennifer.jacobs@usdoj.gov
*The best way to reach me is via email*

**From:** Jacobs, Jennifer (USTP)
**To:** Brandon Bellamy; Ronald Drescher
**Cc:** Stevens, Lisa Y. (USTP); Marc Albert
**Subject:** NC Gas House Gang LLC 23-18766 341 follow-up SubV
**Date:** Thursday, January 4, 2024 12:48:19 PM
**Importance:** High

---

Mr. Bellamy and Counsel,

Based on the Initial Debtor Interview and/or the Meeting of Creditors, the following items are **due by January 10th with the exception of Item #1 which is due today:**

1. Certificate of insurance for general liability, excess umbrella, personal property and workers compensation listing the US Trustee and our address as a noticeholder
2. Square statements for September - November
3. Page 1 of the BOA x7666 bank statements to prove ownership if it does not belong to the debtor
4. Check register / transaction journal to show all activity of the debtor for 90 days pre-petition
5. Provide last two tax returns for the debtor (which may be Schedule C's filed for the debtor as a disregarded entity)
6. Copy of any documents that are being provided to the IRS per their request at the meeting of creditors
7. List of all entities of Mr. Bellamy who are/could be impacted by the outcome of the debtor's case (note which ones do business with the debtor as well)
8. Agreement with The Momentous Group LLC
9. Confirm Momentous Group is not owed anything and that Momentous Group does not owe anything to the debtor. If yes to either then, schedules will need to be updated and we will need a copy of the detail.
10. Copy of invoice from David Woody to support $100K owed
11. Confirm all creditors listed in EF are creditors of debtor and not the Momentous Group.
12. Detail of the in salary and wages paid YTD which was approximately $1,217,800 through October per the P&L
13. Detail of $1.5 million owner loan listed on balance sheet
14. Explain what "Washh" is which is listed on Schedule EF #3.41

When available, we will also need:
1. Proof of closing BOA accounts: x6727, x9007 and x9010
2. 6 months projection (January - June)

Counsel needs to:
1. Amend Schedule:
    a. AB #3 to add Square account

   b. AB #10: re-evaluate as balance sheet lists $293K
   c. AB #21: re-evaluate as balance sheet lists $200K of merchandise
   d. AB #41: re-evaluate as balance sheet lists $581K
   e. H: If creditors are for both debtor and Momentous Group, then they should be listed here (e.g. SodexoMagic) and if debt is solely incurred by Momentous, then the debt should be removed from the debtor's schedules EF
2. Amend SOFA:
   a. #4: Confirm payments to/on behalf of Mr. Bellamy, Ms. Jeon, Momentous Group and other insiders
   b. #11: Identify Mr. Bellamy as the payor of the retainer
   c. #28: Identify the holding company as the owner
   d. #30: List life insurance and any other payments made on behalf of Mr. Bellamy or holding company
3. File applications to employ litigation counsel and accountant

Thank you for your attention and assistance in these matters. If you have any questions or I missed anything, please don't hesitate to contact me.

Regards,

**Jennifer Jacobs,** *Analyst*
**Office of the U.S. Trustee**
*6305 Ivy Lane, Ste 600 / Greenbelt, MD 20770*
*P: 301.344.8114 / E: jennifer.jacobs@usdoj.gov*
*The best way to reach me is via email*