_____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**   Evidentiary Hrg: Y N
                                                Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 01/18/2024 Time: 10:00

**CASE: 23-18766 NC Gas House Gang LLC**

✓Ronald J Drescher representing NC Gas House Gang LLC (Debtor)

representing Marc E. Albert (Trustee)

L. Jeanette Rice and ✓Lisa Yonka Stevens representing US Trustee - Greenbelt (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by NC Gas House Gang LLC. Ch 11 Plan Subch V Due by 02/29/2024. Government Proof of Claim due by 05/29/2024. Schedules A-H due 12/15/2023. Statement of Financial Affairs due 12/15/2023. Summary of Assets and Liabilities due 12/15/2023. Incomplete Filings due 12/15/2023 (Attachments: #s4 Corporate Resolution)

**MOVANT** : NC Gas House Gang LLC BY R Drescher

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted_____ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv._____

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to: _____

DECISION:

   [ ] Signed by Court          [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel      [ ] Court
       [ ] Respondent's counsel  [ ] Other _____

NOTES:
Status conf. held. Counsel thinks D may have insurance shortly. Expects to file plan on time at end of February 2024.  Is also hopeful that City of Gastonia and the League will cooperate in the sale of the debtor's assets. Has recent photos of stadium and will be asking court to restore possession and ability to have events in future.