# EXHIBIT G

| CONFIRMED EVENTS | | | | |
|---|---|---|---|---|
| **EVENT** | **PROJECTED GROSS REVENUE** | **DEPOSIT COLLECTED** | **PROJECTED EXPENSES** | **PROJECTED NET REVENUE** |
| **FEBRUARY/MARCH 2024** | | | | |
| Event 1 | $14,000.00 | $7,000.00 | $1,500.00 | $5,500.00 |
| **FEBRUARY/MARCH 2024 TOTAL PROJECTED NET REVENUE** | | | | **$5,500.00** |
| **APRIL 2024** | | | | |
| Event 2 | $7,820.00 | $2,500.00 | $2,850.00 | $2,470.00 |
| Event 3 | $13,000.00 | $2,500.00 | $4,050.00 | $6,450.00 |
| Event 4 | $8,900.00 | $2,500.00 | $2,650.00 | $3,750.00 |
| **APRIL 2024 TOTAL PROJECTED NET REVENUE** | | | | **$12,670.00** |
| **MAY 2024** | | | | |
| Event 5 | $52,000.00 | $0.00 | $25,000.00 | $27,000.00 |
| Event 6 | $18,000.00 | $0.00 | $8,500.00 | $9,500.00 |
| Event 7 | $84,200.00 | $30,550.00 | $28,500.00 | $25,150.00 |
| Event 8 | $7,500.00 | $2,000.00 | $3,500.00 | $2,000.00 |
| **MAY 2024 TOTAL PROJECTED NET REVENUE** | | | | **$63,650.00** |
| **NOVEMBER 2024** | | | | |
| Event 9 | $49,000.00 | $0.00 | $18,575.00 | $30,425.00 |
| **NOVEMBER 2024 TOTAL PROJECTED NET REVENUE** | | | | **$30,425.00** |
| | | | | |
| **TOTAL PROJECTED NET REVENUE (AS OF JANUARY 29, 2024)** | | | | **$112,245.00** |

| EVENTS PIPELINE | |
|---|---|
| **DATE** | **POTENTIAL GROSS REVENUE** |
| February/March 2024 | $22,000.00 |
| March 2024 | $7,500.00 |
| March/April 2024 | $15,000.00 |
| April/May 2024 | $6,500.00 |
| **TOTAL** | **$51,000.00** |