**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NC GAS HOUSE GANG, LLC, | ) Case No. 23-18766 LSS |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enter their appearance as counsel for Gastonia Airline APL LLC (the "Creditor") in the above-captioned case. Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b) (the "Bankruptcy Rules"), section 1109 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and applicable Local Rules, the undersigned request that the names and addresses of counsel be entered on the general matrix and limited matrix for the above case, and that all notices, pleadings, orders and all papers filed, served, or required to be filed or served in this case be sent to the following addresses:

Ashley N. Fellona, Esquire (Fed. Bar No. 21118)
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8701
ashley.fellona@saul.com

Monique B. DiSabatino
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19899
Telephone: (302) 421-6806
monique.disabatino@saul.com

Turner N. Falk
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-8415
turner.falk@saul.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in this case.

Dated: January 31, 2024

**SAUL EWING LLP**

*<u>/s/Ashley N. Fellona</u>*

Ashley N. Fellona, Esquire (Fed. Bar No. 21118)
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8701
ashley.fellona@saul.com

-and-

Monique B. DiSabatino
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19899
Telephone: (302) 421-6806
monique.disabatino@saul.com

-and-

Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7777
turner.falk@saul.com

*Counsel to Gastonia Airline APL LLC*