**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NC GAS HOUSE GANG, LLC, | ) | Case No. 23-18766 LSS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2024, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

*/s/Ashley N. Fellona*
Ashley N. Fellona