**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| NC GAS HOUSE GANG, LLC | ) | Case Number: 23-18766 LSS |
| | ) | Chapter 11 (Subchapter V) |
| Debtor. | ) | |
| | ) | |

**VERIFIED STATEMENT OF BRANDON BELLAMY**
**IN RESPONSE TO OCTOBER 7, 2025 SUBPOENA**

BRANDON BELLAMY, (the "Declarant"), being first duly sworn upon oath, declares as follows in response to the October 7, 2025 Subpoena issued by the United States Bankruptcy Court for the District of Maryland on behalf of the City of Gastonia, North Carolina (the "City") in the above-referenced bankruptcy case (the "Subpoena"):

1. I am a Maryland resident, residing at 18403 Garner Lane, Accokeek, Maryland, 20607. I am over the age of eighteen and am competent to make this Declaration.

2. On October 7, 2025, I was served with a subpoena (the "Subpoena) which the City caused to be issued by the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") in connection with the City's *Motion to Disqualify the Fuller Law Firm, P.C. and Disgorge Fees*, also filed on October 7, 2025 [Dkt. No. 261] (the "Disqualification Motion").

3. Since I was served with the Subpoena, I have received an updated Exhibit "A" to the Subpoena from the City, and I make these responses to the Subpoena and updated Exhibit "A" to the best of my knowledge, information and belief.

4. I previously filed a Motion to Quash the subpoena but was unrepresented in the December 8, 2025 hearing concerning the motion due to the withdrawal of my counsel. On December 9, 2025, the Court denied the motion to quash the subpoena.

5. I am an ultimate owner and manager of two entities represented by The Fuller Law Firm, P.C. ("Fuller"): (1) NC Gas House Gang LLC ("NC Gas House"), the debtor in the present bankruptcy case, and (2) Gastonia Airline LLC. Details of my ownership interest and management role in these two entities are provided in Paragraph 11 of this Declaration. Aside from these two entities, Fuller does not, and has not, represented any entity in which I have an ownership or managerial position.

6. Fuller represents NC Gas House in certain litigation in the United States District Court for the Western District of North Carolina, entitled *City of Gastonia v. NC Gas House Gang LLC*, Case No. 3:23-cv-00892-SCR-UMJ (the "Gastonia Litigation"). Fuller was engaged on December 21, 2023 to represent Gas House, and that representation is continuing. During the NC Gas House bankruptcy case, Fuller applied for approval to represent of Gas House as "special counsel" pursuant to Section 327(e) of the Bankruptcy Code, and the Bankruptcy Court approved that application on February 27, 2024.

7. In April 2024, Fuller was engaged by Gastonia Airline to represent it in certain disputes with the City of Gastonia concerning use of a parcel of land owned by Gastonia Airline as a parking facility for the Gastonia baseball stadium. That representation is continuing.

8. I am also aware that Fuller represents Veronica Jeon, the Chief Operating Officer of NC Gas House, in certain personal claims she may have against the City of Gastonia relating to her August 2024 detention, strip-search and arrest by City of Gastonia police officers.

9. Fuller‘s representation as special counsel for NC Gas House has been funded through two entities in which I am also an owner and manager, Velocity Capital, LLC ("Velocity") and Veltrust, LLC ("Veltrust"). Between December 2023 and December 2025, Velocity and Veltrust funded retainer payments totaling $113,000 to Fuller concerning the Gastonia Litigation ($43,000 by Velocity Capital and $70,000 by Veltrust). I am the managing member of Velocity and hold 100% of the membership interest in the entity. I hold fifty percent of the membership interest in Veltrust and co-manage Veltrust with Robert Ambrosi. Details of my ownership interest and management role in these two entities are provided in Paragraph 11 of this Declaration.

10. I am not aware that NC Gas House or the bankruptcy estate have paid any funds to Fuller in connection with Fuller‘s representation in the Gastonia Litigation, or in connection with Fuller's representation of Gastonia Airline or Veronica Jeon.

11. In further response to the Subpoena, I list my ownership and management roles in the entities listed in updated Exhibit "A." To the best of my knowledge, information and belief, Fuller does not, and has never, represented any of the following entities other than NC Gas House and Gastonia Airline, as described above.

| Entity | Owners/Managers |
|---|---|
| (a) NC Gas House Gang, LLC | Wyoming limited liability company<br>NC Gas House Gang Holdings, LLC, sole member<br>Manager: Brandon Bellamy |
| (b) Gastonia Airline LLC | Delaware limited liability company<br>Fuse Gastonia, LLC 50% membership interest<br>Gastonia Airline Arch, LLC 50% membership interest<br>Managers: Brandon Bellamy and Robert Ambrosi |
| (c) Fuse Gastonia LLC | North Carolina limited liability company<br>Brandon Bellamy sole member and manager |

| | |
|---|---|
| (d) Momentous Hospitality Group, LLC | North Carolina limited liability company<br>Administratively dissolved<br>Brandon Bellamy former sole member and manager |
| (e) Gastonia Hospitality LLC | North Carolina limited liability company<br>Administratively dissolved<br>Brandon Bellamy former sole member and manager |
| (f) VM Hospitality Manager, Inc. | North Carolina limited liability company<br>Administratively dissolved<br>Brandon Bellamy former sole member and manager |
| (g) NC Gas House Gang Holdings, LLC | Wyoming limited liability company<br>Administratively dissolved (2024)<br>Brandon Bellamy former sole member and manager |
| (h) Veltrust, LLC | Delaware limited liability company<br>Brandon Bellamy 50% membership interest<br>Robert Ambrosi 50% membership interest<br>Managers: Brandon Bellamy and Robert Ambrosi |
| (i) Project Velocity | I am not aware of an entity entitled Project Velocity |
| (j) Gastonia Airline Arch, LLC | I have no membership or managerial interest in this entity |
| (k) ARCTRUST III, Inc. | I have no shareholder or managerial interest in the entity |
| (l) Gastonia Airline APL, LLC | I have no membership or managerial interest in this entity |
| (m) Velocity Companies Inc. | Maryland corporation<br>Brandon Bellamy sole shareholder and Chief Executive Officer |
| (n) Velocity Capital, LLC | Maryland limited liability company<br>Brandon Bellamy sole member and manager |
| (o) Velocity Arc Ventures, LLC | Delaware limited liability company<br>Brandon Bellamy 100% membership interest<br><br>Manager: Brandon Bellamy |
| (p) Pace Development Corporation | Delaware corporation<br>Brandon Bellamy sole shareholder and Chief Executive Officer |

| | |
|---|---|
| (q) Republic Real Estate Group, LLC | Wyoming limited liability company<br>Administratively dissolved (2022)<br>Brandon Bellamy sole member and manager |

In addition, I hold or held interests in the following business entities involved in the business activities underlying the Gastonia Litigation. To the best of my knowledge, information and belief, Fuller does not, and has never, represented any such entities:

| | |
|---|---|
| NC Gas House Baseball Operating Manager, LLC | Wyoming limited liability company<br>Administratively dissolved (2022)<br>Brandon Bellamy sole member and manager |
| NC Gas House Gang Funding Manager, LLC | Wyoming limited liability company<br>Administratively dissolved (2022)<br>Brandon Bellamy sole member and manager |
| NC Gas House Gang Funding, LLC | Wyoming limited liability company<br>Administratively dissolved (2022)<br>Brandon Bellamy sole member and manager |
| NC Gas House Holdings Manager, LLC | Wyoming limited liability company<br>Administratively dissolved (2022)<br>Brandon Bellamy sole member and manager |

Other than the entities listed above, I am unaware of any interest I have in any entities involved in the business activities leading to the Gastonia Litigation.

12. In further response to the Subpoena, I hereby state that, other than as set forth in this Declaration, Fuller has never represented any entities in which I hold an interest as an owner or manager, and has never represented me personally.

13. In further response to the Subpoena, I am providing relevant non-privileged documents constituting communications within my possession, custody or control "with Trevor M. Fuller or The Fuller Law Firm, P.C. concerning or related to the properties identified in that

certain North Carolina General Warranty Deed recorded in Book 5187, Page 1595 of the Gaston County Register of Deeds (the "Properties")." (*See* updated Exhibit "A," ¶ 3). Much of the information in these communications is subject to the attorney-client or other privileges, and I am working with counsel to complete a privilege review and issue a privilege log concerning any such documents I believe to be privileged.

14. In further response to the Subpoena, I hereby state that, to the best of my knowledge, Fuller does not "represent or hold any interest in any owners, members, directors, officers, shareholders, affiliates, and insiders of Gas House, its creditors, or its estate" (updated Exhibit "A," ¶ 4) other than as disclosed above regarding Veronica Jeon.

15. In further response to the Subpoena, I state that I am providing relevant, non-privileged communications "concerning or related to the Properties," to the extent they could have any potential relevance to the issues raised in the Disqualification Motion. (*See* updated Exhibit "A," ¶ 6). The properties were conveyed in 2020, more than three years before Fuller had any role whatsoever in representing myself or any entity in which I have any interest. Accordingly, Fuller had no role in negotiations for the transfer(s) of the Properties or the creation of any lien(s) against the Properties, or the assignment, assumption, and/or transfer of any rights, liabilities, or obligations with respect to the Properties. Fuller's representation began in or about December, 2023 and was confined to the matters pertinent to NC Gas House and the Gastonia Litigation. In and after April 2024, Fuller's representation extended to Gastonia Airline's dispute with the City concerning the City's attempt to use the land owned by Gastonia Airlines, and to Ms. Jeon's claims against the City for its egregious actions against her.

16. In further response to the Subpoena (*See* updated Exhibit "A," ¶ 7), I hereby state that, to the best of my knowledge, Gas House has received no property from Fuse Gastonia, LLC.

17. In further response to the Subpoena (*See* updated Exhibit "A," ¶ 8), I hereby state that Fuller did not represent any party concerning or related to any transfer of property from NC Gas House to Gastonia Airline in consideration for the Assignment and Assumption of Economic Development Agreement dated October 12, 2020. I am providing relevant, non-privileged documents responsive to this request.

18. In further response to the Subpoena (*See* updated Exhibit "A," ¶ 9), I hereby state that Fuller did not represent any party concerning or related to the Loan Agreement and Note dated July 24, 2020 executed by myself in favor of Gastonia Airline APL LLC. I am providing relevant, non-privileged documents responsive to this request. .

Name: Brandon Bellamy

**Acknowledgment**

State of Maryland )
) ss:
County of Montgomery )

I HEREBY CERTIFY on this 5th day of January, 2026, before me, the undersigned subscriber, a notary public in and for the jurisdiction aforesaid, personally appeared Brandon Bellamy and made oath that the foregoing is true to the best of his knowledge, information and belief.

Witness my hand and notarial seal.

Notary Public

RICHARD SOLOMON NOTARY PUBLIC MONTGOMERY COUNTY MD

My commission expires: 4/3/27