**ASSIGNMENT AND ASSUMPTION OF**
**ECONOMIC DEVELOPMENT AGREEMENT**

THIS ASSIGNMENT AND ASSUMPTION OF ECONOMIC DEVELOPMENT AGREEMENT is made as of the 12th day of October, 2020, by and between PROJECT VELOCITY by and through NC GAS HOUSE GANG, LLC, a Wyoming limited liability company, ("Assignor") and GASTONIA AIRLINE, LLC, a Delaware limited liability company ("Assignee").

**WITNESSETH:**

THAT WHEREAS, Assignor is a party to that certain Economic Development Agreement, by and between Assignor and the City of Gastonia, NC ("Seller"), dated June 23, 2020 (the "Agreement"); and

WHEREAS, Assignor desires to assign all of its interest and obligations with respect to the Properties as defined in the Agreement to Assignee and Assignee intends to assume all of the obligations of Assignor pursuant to Section 9 of the Agreement.

NOW, THEREFORE, in consideration of the foregoing premises, and the amount of $10.00 in hand paid to Assignor and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby grant, bargain, sell, assign, transfer and convey unto Assignee, its successors and assigns, all of Assignor's right, title and interest with respect to the Properties as defined in the Agreement. The Assignee hereby assumes all obligations of Assignor under the Agreement.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns forever.

***[Signatures on following page]***

IN WITNESS WHEREOF, the parties have executed this Assignment as of the day and year first above written.

**ASSIGNOR:**

**PROJECT VELOCITY**
By: NC Gas House Gang, LLC, a Wyoming limited liability company

By: ______________________________
Brandon Bellamy, Manager

**ASSIGNEE:**

**GASTONIA AIRLINE, LLC,** a Delaware limited liability company

By: ______________________________
Brandon Bellamy, Manager