**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**NC GAS HOUSE GANG LLC,**<br><br>**Debtor.** | **Case No. 23-18766-LSS**<br>**Chapter 11 (Subchapter V)** |

## NOTICE OF RESIGNATION OF PLAN ADMINISTRATOR

Zvi Guttman, the Plan Administrator appointed pursuant to the Consent Order for Appointment of Plan Administrator entered by this Court on March 12, 2026 [Dkt. 337] (the "Appointment Order"), hereby gives notice of his resignation as Plan Administrator in the above-captioned case, effective June 4, 2026.

1. Pursuant to the Appointment Order, Mr. Guttman was appointed as Plan Administrator under Section 1123(b)(3)(B) of the Bankruptcy Code in accordance with the Consent Order Resolving the United States Trustee's Motion to Convert Case to Chapter 7 or, Alternatively, to Dismiss Case [Dkt. 328] (the "Consent Order").

2. The Appointment Order conferred upon the Plan Administrator authority to investigate all claims and causes of action of the Debtor and the bankruptcy estate, excluding the pending litigation in Adversary Proceeding No. 23-00306 (Bankr. D. Md.) and Case No. 3:23-cv-00892-RJC-SCR (W.D.N.C.), which remain under the control of the Debtor.

3. The Debtor is required to deposit $2,500 per month into a litigation fund for the Plan Administrator, with the first deposit due within 7 days of entry of the Appointment Order (i.e., March 19, 2026). Subsequent deposits were due on the 1st of each month thereafter. Thus far, the Debtor has paid $0.00.

4. The Plan Administrator is not required to pursue any claims unless he has adequate funds to cover the costs, including professional fees and expenses.

5. Although the Plan Administrator has reviewed various documents and communicated with counsel for the City of Gastonia, no report has been prepared.

6. Pursuant to the Appointment Order, in the event the Plan Administrator resigns or is otherwise unable to serve, the parties shall confer and select a replacement plan administrator, subject to approval by the Court upon application, which may be approved on negative notice. In the event the parties cannot agree on a mutually acceptable candidate, any party may file one or more competing motions to appoint a replacement plan administrator, with the replacement to be selected by the Court.

7. As of the effective date of this resignation, the balance of the litigation fund established pursuant to the Appointment Order is $0.00 as the Debtor has failed to comply with its funding obligations.

8. Mr. Guttman will cooperate fully with any successor Plan Administrator to ensure an orderly transition, including the transfer of files, records, and work product.

WHEREFORE, Zvi Guttman respectfully gives notice of his resignation as Plan Administrator, effective June 4, 2026, and respectfully requests that the parties promptly confer regarding the selection of a successor Plan Administrator in accordance with the Appointment Order.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax

**Plan Administrator**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 4, 2026, copies of the aforegoing Notice of Resignation were served via CM/ECF on all parties entitled to CM/ECF service, namely:

Ronald J Drescher ecfdrescherlaw@gmail.com,
ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com
Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
Trevor M Fuller tmfuller@thefullerlawfirm.com
David W. Gaffey dgaffey@whitefordlaw.com
Rick M Grams rgrams@mcneeslaw.com
Courtney L. Morgan courtney.l.morgan@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV
John Albert Mueller jmueller@lippes.com
Janet M. Nesse jnesse@mhlawyers.com,
jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com;jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com;tmackey@mhlawyers.com;Nesse.JanetR92003@notify.bestcase.com;kfeig@mhlawyers.com
Justin Akihiko Redd jredd@kg-law.com, svogel@kg-law.com
L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Angela L. Shortall ashortall@3cubed-as.com, md70@ecfcbis.com
Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com

And via first class mail, postage prepaid, on:

Ashley A. Edwards, Esq.
Phillip M Fajgenbaum, Esq.
Daniel E. Peterson, Esq.
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202

John A. Mueller, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, MD 14202