**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 23-18766-LSS** |
| **NC GAS HOUSE GANG, LLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**OPPOSITION TO MOTION**
**TO CONVERT CASE TO CHAPTER 7**

NC Gas House Gang, LLC (the "Liquidating Debtor"), files this **preliminary** opposition to the *Motion to Convert Case* (the "Motion"), and states as follows:

It is the Liquidating Debtor's understanding, based on the Court's order and certificate of mailing at Dockets No. 351 and 353 that the response to the Motion is due on September 3, 2026. The Liquidating Debtor intends to file a full and complete opposition to the Motion on that date. However, to avoid confusion, and out of an abundance of caution, the Liquidating Debtor files this opposition to the Motion, and states that all payment defaults to the subchapter V trustee have been cured, and the Liquidating Debtor, although surprised by the resignation of Mr. Guttman, is fully prepared to fund a replacement trustee, and will do so prior to a hearing on the Motion. The Liquidating Debtor will also work with Mr. Fuller so that a fee application and any necessary disclosures are filed before the hearing.

WHEREFORE, the Liquidating Debtor respectfully requests that the Motion be DENIED, and that the Court grant such other relief as it deems appropriate and proper.

Dated: September 1, 2026

Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. 28659)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for NC Gas House Gang, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, listed below:

Ronald J Drescher ecfdrescherlaw@gmail.com,
ron@clegolftour.com,
ecf2drescherlaw@gmail.com,
ecf@drescherlaw.com,
myecfdrescher@gmail.com,
284@notices.nextchapterbk.com,
heather@propelparalegal.com,
propel@drescherlaw.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Trevor M Fuller tmfuller@thefullerlawfirm.com

David W. Gaffey dgaffey@whitefordlaw.com

Rick M Grams rgrams@mcneeslaw.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Courtney L. Morgan courtney.l.morgan@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

John Albert Mueller jmueller@lippes.com

Justin Akihiko Redd jredd@kg-law.com,
cgill@kg-law.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

Angela L. Shortall ashortall@3cubed-as.com,
md70@ecfcbis.com

Brent C. Strickland bstrickland@whitefordlaw.com,

mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

/s/ *Justin P. Fasano*
Counsel